IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01673-CMA-KLM

NOAMI A. CHAUDHARY,

    Plaintiff,

v.

JOHN DOES I & II,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Additional Time to Complete Service** [#14] (the "Motion").  Plaintiff asserts that while she has served subpoenas under Fed. R. Civ. P. 45, she has not yet had sufficient time to identify, locate, and serve the Defendants.  Finding good cause for Plaintiff's request,

IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**.  Plaintiff has up to and including **October 22, 2020**, to complete service.

Dated:  September 11, 2020